# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-3436

_____

United States of America

*Plaintiff - Appellee*

v.

Timothy S. Reed

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Joplin

_____

Submitted: January 14, 2019
Filed: January 25, 2019
[Unpublished]

_____

Before SHEPHERD, KELLY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Timothy Reed directly appeals the sentence the district court[1] imposed after he pleaded guilty to a firearm offense. His counsel has moved to withdraw, and in a

_____

[1]The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.

supplemental brief submitted pursuant to *Anders v. California*, 386 U.S. 738 (1967), suggests that the district court improperly applied U.S.S.G. § 2K2.1(b)(6)(B) to calculate Reed's advisory Guidelines range. We conclude that the district court did not rely on any clearly erroneous facts when it determined that Reed possessed the firearm in connection with another felony offense, and that the court's application of section 2K2.1(b)(6)(B) was therefore proper. *See United States v. Brooks*, 648 F.3d 626, 629 (8th Cir. 2011) (per curiam) (providing standard of review). Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw and affirm the judgment of the district court.

_____